UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GLORIA SANDRINO,                              :

                Plaintiff,          :

-against-                                     :           RULE 7.1 STATEMENT

MICHAELSON ASSOCIATES, LLC                    :           10 Civ. 7897 (BSJ)
and CATHERINE S. MICHAELSON
                                              :
                Defendants.         :           ECF CASE
                                              :
-------------------------------------------------------------x

MICHAELSON ASSOCIATES, LLC,                   :

                Counterclaim Plaintiff,  :

-against-                                     :

GLORIA SANDRINO,                              :

                Counterclaim Defendant. :
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Michaelson Associates, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

      NONE

Dated: New York, New York
       November 18, 2010

                                            PARK & JENSEN LLP

                                            By: _____
                                                Tai H. Park
                                          630 Third Avenue, 7th Floor
                                          New York, NY 10017
                                          (646) 200-6310

                                    Attorney for Defendants and Counterclaim Plaintiff